# First District Court of Appeal
## State of Florida

_____

No. 1D18-3889
_____

AARON A. CAMERON and SARA D.
CAMERON,

     Appellants,

     v.

JP MORGAN CHASE BANK,
NATIONAL ASSOCIATION, and
WILMINGTON SAVINGS FUND
SOCIETY, FSB, d/b/a Christiana
Trust, as Trustee of the
Residential Credit Opportunities
Trust Series 2015-1,

     Appellees.

_____

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

June 17, 2019

PER CURIAM.

     AFFIRMED.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Aaron A. Cameron, pro se, Appellant.

Melisa Manganelli of Law Offices of Mandel, Manganelli & Leider, P.A., Boca Raton, for Appellee Wilmington Savings Fund Society, FSB.